LOAN NO. ███████7379 BK-CASE NO. 23-41272

# HARDSHIP LETTER

Dated: AUG, 08, 2022

Name: **MICHAEL A. SMITH**

PROPERTY ADDRESS: 137-28 97TH STREET, JAMAICA, NY 11435.

Lender Name: **SPECIALIZED LOAN SERVICING**

Loan #: ███████7379

## To Whom It May Concern:

I'm writing this letter to explain the unfortunate set of circumstances that have caused me to become delinquent on our mortgage payment. I have done everything in my power to make ends meet but unfortunately I have fallen short and would like you to consider working with me to Loan Modification or Short Sale my Property. My number one goal is to keep my home and I would really appreciate the opportunity to do that. The main reason that caused us to be late is that I had no income when the real estate market was down, very little money I'm making from my job and have been having a difficult time finding a new one, despite the numerous efforts that I've made. With this loss of income, the burden of expenses are now on our life. I'm now getting some rental income. My living expenses are too high. I've exhausted all of my savings, unfortunately, after losing my job & family problem from May 2008, I was unable to pay the mortgage and living expenses. We love my home and don't want to lose it. **I've fallen further and further behind on my mortgage payments because Mortgage payment is too high & my current income is not enough. Also, tenants don't pay their rent for almost 22 months** & Feb.15,2021 my house was fully damaged by fire. I honestly cannot afford to pay what is owed right now. It is my full intention to pay what I owe, but at this time I have exhausted all of our income and resources so I'm turning to you for help. **Short sale will allow me to short sale the property. The property is Fire damage. I am sick and I can't work hard. Also, New York City is very bad for Covid-19, I am also sick by Covid-19. So short sales are the** only way that would benefit me. I would appreciate it if you can work with us to **MAKE SHORT SALE** my Home. Or I can sell my home. I truly hope that you will consider working with us so that we can MAKE SHORT SALE MY PROPERTY. THANKS,

Sincerely and Respectfully,

*[signature]*
MICHAEL A. SMITH  8/8/2023